# Exhibit A



April 17, 2026

RE: NOTICE OF DATA BREACH

*Dear Kristi Jo Meyers,*

*Columbia Bank* values and respects the privacy of your information, which is why we are writing to advise you of an incident that may have involved some of your personal information. We want to make you aware of the incident and the steps we have taken to address it.

**What Happened?** We recently learned that an unknown, unauthorized third party gained access to certain Columbia Bank applications. Upon discovering the incident, we promptly began an internal investigation, worked to secure our systems, and notified law enforcement. We also engaged a forensic security firm to assist with our investigation and ensure the security of our computer systems. The investigation determined that the unauthorized third party accessed certain Columbia Bank applications and information between October 2, 2025, and December 22, 2025.

**What Information Was Involved?** We reviewed the data potentially accessed or acquired by the unauthorized third party to determine if it contained any personal information. Based on the results of our investigation, on March 6, 2026, we completed our review and determined that the data contained some of your personal information, including your account number, SSN or Tax ID, name, phone number, email.

**What We Are Doing.** In addition to the actions described above, we are taking further steps to reduce the risk of this type of incident occurring in the future, including enhancing our technical security measures. Also, we have arranged for you to enroll in a one-year membership of Experian IdentityWorksSM Credit 3B, if you would like to do so. This product helps enrollees detect possible misuse of their personal information and provides identity protection services focused on prompt identification and resolution of identity theft. IdentityWorks Credit 3B is completely free to you. **For more information, including instructions on how to activate your complimentary membership, please refer to the additional information enclosed.**

**What You Can Do.** You can take advantage of the complimentary credit monitoring included in this letter. You can also find more information on steps to protect yourself against possible identity theft or fraud in the enclosed Additional Important Information sheet.

**For More Information.** We value the trust you place in us to protect your privacy, take our responsibility to safeguard your personal information seriously, and apologize for any inconvenience this incident might cause. For further information and assistance, please call (866) 486 7782 from 7:00 a.m. – 6:00 p.m. Pacific, Monday through Friday, and from 8:00 a.m. – 5:00 p.m. Pacific, Saturday and Sunday.

Sincerely,

Columbia Bank