**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

JOSHUA C. LEWIS
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

May 13, 2026

**MEYERS V. COLUMBIA BANKING SYSTEMS INC ET AL**
Case # 2:26–cv–01606–JLR

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

**Pro Hac Vice Admission**
It will be necessary for attorney(s) Brett R. Cohen to apply for Pro Hac Vice admission in this case. You may review the information regarding admission and find the relevant documentation here. Questions about this process should be directed to the Attorney Admissions Clerk at 206–370–8400 or WAWD_Admissions@wawd.uscourts.gov.

**Notice of Related Cases Omitted**
Per Local Civil Rule 3(g), the plaintiff and/or removing defendant must list all related cases that are or were pending in this district on the Civil Cover Sheet and, if any, **must electronically file a Notice of Related Case by 5/18/2026**. Notice should be filed by going to **Notices** and selecting **Notice of Related Case**.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file